■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LONNIE DIXON, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIS EVE, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bergan, JJ.

■ In the Matter of JOHN BENKERT et al., on Behalf of Themselves Individually and All Other Members of Bakers Mutual Insurance Company of New York, Similarly Aggrieved, Appellants, against ADAM METZ et al., as Directors of Bakers Mutual Insurance Company of New York, Respondents. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ CHARLES PERRY et al. v. SHAHMOON INDUSTRIES, INC., et al.— Motion by defendants-appellants Haron Darzi, Howard Lederer and Jack E. Hay for leave to appeal to the Court of Appeals denied, with $10 costs. Motion by defendant-appellant, Robert Salomon for leave to appeal to the Court of Appeals denied, with $10 costs. Motion by defendants-appellants, Shahmoon Industries, Inc., and Solomon E. Shahmoon for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of ARMAND A. CIOFFI against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, et al.— Motion to remand or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Bastow, JJ.

■ BEATRICE KAMEN v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ VICTOR MENASCHE v. INTEROCEANIC COMMODITIES CORPORATION.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ JOAN ANTONIVICH v. TRABERT & HOEFFER, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bastow, JJ.

■ In the Matter of the Accounting of WALTER BEINECKE et al., as Trustees of FLORENCE S. SCHUETTE, Deceased. GERALD DONOVAN, as Sole Surviving Trustee, et al., Appellants; VIRGINIA BRINCKERHOFF, Individually and as Executrix of LOUIS STREUBER, JR., Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THERESA BERGER v. NATHAN BERGER.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.